JS - 6

**FILED: 07-14-2014**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THRIFTY PAYLESS, INC., et al ) <br> ) <br> Defendants. ) <br> _____ ) | **CASE NO. CV 14-2878 GHK (Ex)** <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **SIXTY (60) DAYS**, to reopen the action if settlement is not consummated.

DATED: July 13, 2014

_/s/_
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE